IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

UNITED STATES OF AMERICA
and
NEW MEXICO ENVIRONMENT DEPARTMENT,

Plaintiffs,

v.

MATADOR PRODUCTION COMPANY,

Defendant.

No. 1:23-cv-00260-JHR-KRS

_____

## **<u>NOTICE OF CORRECTED FILING</u>**

On March 27, 2023, Plaintiff United States filed a Notice of Lodging of Proposed

Consent Decree (Dkt. #2), attaching the proposed Consent Decree (Dkt. #2-1) and notifying the

Court of the requisite public comment period associated therewith. Due to a clerical error,

Appendices C and D of the Proposed Consent Decree were inadvertently truncated. The United

States hereby respectfully files a corrected Proposed Consent Decree, attached hereto as

Attachment 1 to the Notice of Corrected Filing, to replace Attachment 1 to the Notice of Lodging

filed previously.

As indicated in the original Notice of Lodging (Dkt. #2), the United States respectfully

requests that the Court not sign and enter the Consent Decree until such time as the United States

files a motion for entry of the Decree.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*Nicole Veilleux*

_____

NICOLE VEILLEUX
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Benjamin Franklin Station
Washington, DC 20044-7611
(202) 616-8746
nicole.veilleux@usdoj.gov
Attorney for Plaintiff United States of America


ALEXANDER M.M. UBALLEZ
United States Attorney


RUTH F. KEEGAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Phone: 505.224.1470
Mobile: 505.206.4197
Fax: 505.346.7296
Ruth.F.Keegan@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, I electronically filed the foregoing NOTICE OF CORRECTED FILING using the ECF System for filing, which caused the following parties or counsel to be served by electronic means:

Stacie B. Fletcher
Gibson Dunn
1050 Connecticut Avenue, NW
Washington, DC 20036-5306

Christopher Vigil
New Mexico Environment Department
121 Tijeras Avenue, NE, Suite 1000
Albuquerque, NM 87102

*s/ Nicole Veilleux*
Nicole Veilleux

3